AO 247 (Rev. 11/11:CASD 05/15)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of California

United States of America
v.
Itai Enriquez-Rodriguez

Case No: 17-cr-00059-H
USM No: 57187298

Date of Original Judgment: 06/11/2018
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Keith H. Rutman
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  87  months is reduced to  78 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

The Court grants the parties' joint motion for sentence reduction pursuant to U.S.S.G. Amendment 821 and U.S.S.G. sec. 1B1.10. (Doc. No. 88.)

Except as otherwise provided, all provisions of the judgment dated  06/11/2018  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  February 13, 2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Marilyn L. Huff, Senior District Judge
*Printed name and title*

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Itai Enriquez-Rodriguez
CASE NUMBER: 17-cr-00059-H
DISTRICT: Southern District of California

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 28 | Amended Total Offense Level: 28 | |
| Criminal History Category: II | Criminal History Category: I | |
| Previous Guideline Range: 87 to 108 months | Amended Guideline Range: 78 to 97 months | |

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. ADDITIONAL COMMENTS

[Print]  [Save As...]  [Add Attachment]  [Reset]